

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00312-CV

Carmelita **RILEY** and Anthony J. Pena,
Appellants

v.

Lizette **TORRES**, Paula Pueblitz, San Juanita Valdez, and Puig Management and Rentals, LLC,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF001192 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Jason Pulliam, Justice

Delivered and Filed:  July 13, 2016

DISMISSED

A copy of appellants' notice of appeal was filed in this court on May 20, 2016. The clerk of the court notified appellants that our records did not reflect payment of the $205 filing fee. In addition, our record contains no evidence appellants are excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. On June 16, 2016, this court ordered appellants to show cause in writing by June 27, 2016, that either: (1) the filing fee has been paid; or (2) appellants are entitled to appeal without paying the filing fee. Appellants were advised that if they failed to respond within the time

provided, this appeal would be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

Appellants did not respond.

The appeal is DISMISSED for failure to pay the filing fee. *See id.*

PER CURIAM